In the Matter of MORTIMER M. NATILSON, Respondent, against WILLIAM HODSON, as Commissioner of the Department of Welfare of the City of New York, et al., Appellants.

Argued January 4, 1943; decided January 21, 1943.

*William C. Chanler, Corporation Counsel (John D. J. Moore, Jr.,* and *Paxton Blair* of counsel), for appellants.

*Harold I. Cammer, D. William Leider* and *Nathan Witt* for respondent.

Order affirmed, with costs, on the ground that the regulation purported to be adopted by the department exceeds the powers conferred by subdivision a of section 885 of the New York City Charter (1938) upon heads of the departments. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, CONWAY and DESMOND, JJ.

FINCH and LEWIS, JJ., dissent upon the ground that the rule promulgated by the Commissioner of Welfare forbidding those employed on full time in the Department of Welfare to engage in outside employment, was a reasonable regulation relating to the internal administration of the Department of Welfare and designed to eliminate a practice which may reasonably be considered to impair efficient conduct of the Department. The Board of Estimate acted also within its authority in providing that none of the moneys appropriated by it should be paid to those engaged in private employment while holding a full time city position.